# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Krishna Narsimhan

                                                        Plaintiff,

v.                                                                           Case No.: 1:19–cv–01255

                                                                           Honorable Young B. Kim

Lowe's Home Centers, LLC

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2020:

      MINUTE entry before the Honorable Young B. Kim: Telephonic settlement conference held. Parties were unable to resolve the case. Parties are to proceed with the remaining fact depositions and then to file a joint status report by December 16, 2020, updating the court on the depositions. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.