ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Krishna Narsimhan,

Plaintiff(s),

v.

Lowe's Home Centers, LLC,

Defendant(s).

Case No. 1:19-cv-01255
Judge Young B. Kim

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Jury returned its verdict in favor of Plaintiff and against Defendant in the amount of $490,000.00 total.

This action was *(check one)*:

☒ tried by a jury with Judge Young B. Kim presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date:  4/29/2022                                     Thomas G. Bruton, Clerk of Court

                                                    Erin Caswick , Deputy Clerk