UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Krishna Narsimhan, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:19-cv-01255 |
| Lowe's Home Centers, LLC | ) ) ) |
| Defendant. | ) Judge Young B. Kim ) |

**JUROR NOTES**

F I L E D

APR 29 2022

**MAGISTRATE JUDGE
YOUNG B. KIM**

~~what~~

~~the~~

~~what~~

the testimony of Lowe's cashier + manager

*Allen Kallen* (signature)

we can't find the urgent care record. Can you find it for us to view

*[signature]*