# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Krishna Narsimhan

                       Plaintiff,

v.                                                       Case No.: 1:19–cv–01255

                                                             Honorable Young B. Kim

Lowe's Home Centers, LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 19, 2022:

      MINUTE entry before the Honorable Young B. Kim: In light of Defendant's response (R. 175), Plaintiff's unopposed motion to amend judgment to add statutory prejudgment interest [171] is granted. Accordingly, the judgment amount is amended from $490,000 to $499,462.69. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.