# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Krishna Narsimhan

                      Plaintiff,

v.                                                       Case No.: 1:19−cv−01255

                                                                    Honorable Young B. Kim

Lowe's Home Centers, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 17, 2022:

       MINUTE entry before the Honorable Young B. Kim: Parties reported to the court that they have resolved the cost issue. Pursuant to that agreement, the Bill of Costs [177] is granted in the amount of $13,000. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.