# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Krishna Narsimhan

                        Plaintiff,

v.                                                             Case No.: 1:19−cv−01255

                                                               Honorable Young B. Kim

Lowe's Home Centers, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2023:

       MINUTE entry before the Honorable Young B. Kim: Defendant's unopposed motion for the entry of satisfaction of judgment [182] is granted. Appearance on October 26, 2023, is not required to present this motion. Enter Satisfaction of Judgment. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.